IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| PAMELA ROBERTS, an individual on behalf of herself and others similarly situated, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil No. 3:11-0697 |
| | ) | Judge Trauger |
| GIBSON GUITAR CORP., | ) ) | |
| Defendant. | ) | |

**O R D E R**

Pursuant to the Acceptance of Offer of Judgment (Docket No. 23), the trial scheduled for December 11, 2012 and the pretrial conference scheduled for December 7, 2012 are being removed from the court's calendar. The case will remain open pending a resolution concerning attorney's fees.

It is so **ORDERED**.

ENTER this 6th day of January 2012.

_____
ALETA A. TRAUGER
U.S. District Judge