# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| PAMELA ROBERTS, an individual on behalf of herself and others similarly situated, ) ) ) Plaintiffs, ) ) v. ) ) GIBSON GUITAR CORP., ) ) Defendant. ) | Civil No. 3:11-0697 Judge Trauger |

## O R D E R

Pursuant to the Acceptance of Offer of Judgment (Docket No. 23), the trial scheduled for December 11, 2012 and the pretrial conference scheduled for December 7, 2012 are being removed from the court's calendar. The case will remain open pending a resolution concerning attorney's fees.

It is so **ORDERED**.

ENTER this 6th day of January 2012.

_____
ALETA A. TRAUGER
U.S. District Judge