UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| PAMELA ROBERTS | ) | |
| | ) | |
| v. | ) | NO. 3:11cv0697 |
| | ) | JUDGE TRAUGER |
| GIBSON GUITAR CORP. | ) | |
| | ) | |

ENTRY OF JUDGMENT

     Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 3/11/2013.

     KEITH THROCKMORTON, CLERK
     s/Tina M. Webster, Deputy Clerk